**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:18-10074-STA |
| ) | |
| DARRELL PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

      This cause came to be heard on June 24, 2019, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Darrell Phillips, appearing in person, and with counsel, James Allison.

      With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 4 of the Indictment.

      A basis in fact having been established, the Court accepted the guilty plea.

      **SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 24, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

      Defendant is remanded to the custody of the United States Marshals.

      **ENTERED** this the 24th day of June, 2019.

                                                       <u>s/ S. Thomas Anderson</u>
                                                       CHIEF JUDGE, U. S. DISTRICT COURT